**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

**ELIZABETH MCWHITE,**

Plaintiff,

**v.** **Case No. 6:16-cv-1470-Orl-37GJK**

**GRANDVIEW POINTE, LLC AND N.R. INVESTMENTS, INC.,**

Defendant.

---

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case.

    - Elizabeth McWhite
    - Robert J. Kleinfeldt, Esq. on behalf of ADK Law Group, PLLC
    - Grandview Pointe LLC
    - N.R. Investments, Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the 20 largest unsecured creditors):

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

5. Check one of the following:

___X___ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_______ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: September 02, 2016

/s/ Robert J. Kleinfeldt

**ADK Law Group, LLC**
33 E. Robinson St. Ste. 222
Orlando, Florida 32801
Tel.: (407) 985-4260
Fax: (888) 721-3943
robert@adklawgroup.com

[ ] CHRISTINA C. ALVAREZ, ESQ.
Florida Bar No. 0112351
[ ] JUAN DE LA TORRE, ESQ.
Florida Bar No. 0082144
[X] ROBERT J. KLEINFELDT, ESQ.
Florida Bar No. 114929
Attorney(s) for the Plaintiff