UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:16-cv-1470-Orl-37GJK

ELIZABETH MCWHITE,

Plaintiff,

vs.

GRANDVIEW POINTE LLC, a
Florida profit company, d/b/a
GRANDVIEW POINTE APARTMENTS and
N.R. INVESTMENTS, INC.

Defendants.
_______________________________________/

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has of may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

Nir Shoshani; Ron Gottesmann; N.R. Group Management, Inc., a Florida corporation; NR Investments 4 LLC, a Florida limited liability company; Grandview Pointe SPE, Inc., a Florida corporation; T.W. Property Consulting, LLC., a Florida limited liability company; NR Investments 8 LLC, a Florida limited liability company; NRSAG LLC, a Florida limited liability company.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Federal Home Loan Mortgage Corporation (Freddie Mac)

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditor committee the 20 largest unsecured creditors):

United Specialty Ins. Co.
Ace Property & Casualty Ins. Co
Amrisc LLC
Lloyds of London

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

N/A

5. Check one of the following:

__X____ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

-or-

______ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Respectfully Submitted,

/s/Joshua M. Entin
Joshua M. Entin (Florida Bar No. 493724)
Josh@entinlaw.com
Entin & Della Fera, P.A.
633 S. Andrews Avenue, Suite 500
Ft. Lauderdale, Florida 33301
Tel: (954) 771-7201
Fax: (954) 764-2443
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 27th day of October, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Joshua M. Entin
Joshua M. Entin

**ATTACHED SERVICE LIST**
**MCWHITE vs. GRANDVIEW PINTE LLC d/b/a GRANDVIEW POINTE APARTMENTS, and N.R. INVESTMENTS**
**Case No: 16-cv-1470 ORL 37 GJK**
**United States District Court, Middle District of Florida**

**Robert J. Kleinfeldt, Esquire**
**ADK LAW GROUP, PLLC**
**33 E. Robinson Street, Suite 222**
**Orlando, Florida 32801**
**Tel: (407) 985-4260**
**Facsimile: (888) 721-3943**
**E-Mail: Robert@kleinfeldtlaw.com**
**Secondary E-Mail: robert@adklawgroup.com**
***Attorney for Plaintiff***