## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ELIZABETH MCWHITE,**

        **Plaintiff,**

**v.**                              **Case No:   6:16-cv-1470-Orl-37GJK**

**GRANDVIEW POINTE, LLC and N.R.
INVESTMENTS, INC.,**

        **Defendants.**

_____

### ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Mediation Report filed April 27, 2017 (Doc 28) indicating that this case has settled.   Accordingly, it is:

        **ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   All pending motions are denied as moot and all deadlines are terminated.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 28th day of April, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:       Counsel of Record